# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT

*In Re:*
Burman's Tree Services, LLC

          Debtor.

Case No. 26-41101-lsg
Honorable Lisa S. Gretchko
Chapter 11, Subchapter V

_____/

**BURMAN'S TREE SERVICES, LLC REVISED**
**CASH COLLATERAL BUDGET**

| | 15 WEEK TOTAL | WEEK 1 | WEEK 2 | WEEK 3 | WEEK 4 | WEEK 5 | WEEK 6 | WEEK 7 | WEEK 8 | WEEK 9 | WEEK 10 | WEEK 11 | WEEK 12 | WEEK 13 | WEEK 14 | WEEK 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | Feb 02-08 | Feb 09-15 | Feb 16-22 | Feb 23- Mar 01 | Mar 02-08 | | | | | | | | | | |
| MDOT | 690,982 | 30,669 | 56,246 | 35,567 | 18,500 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Road Crew 2 | 389,493 | 5,350 | 107,020 | 6,500 | 105,623 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Crane Rental | 25,500 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 |
| Residential | 47,938 | 3,500 | 7,138 | 0 | 1,000 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 |
| | | | | | | | | | | | | | | | | |
| **TOTALS** | 1,153,912 | 41,219 | 172,104 | 43,767 | 126,823 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 |
| | | | | | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | |
| Payroll | 491,908 | 26,358 | 32,835 | 38,694 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 | 32,835 |
| Payroll Taxes | 44,007 | 2,177 | 2,965 | 3,286 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 | 2,965 |
| Rent | 2800 | 0 | 700 | 0 | 0 | 700 | 0 | 0 | 0 | 700 | 0 | 0 | 0 | 700 | 0 | 0 |
| Business Insurance | 44589.28 | 0 | 0 | 11,147 | 0 | 0 | 0 | 11,147 | 0 | 0 | 0 | 11,147 | 0 | 0 | 0 | 11,147.32 |
| Workers Comp Insurance | 10259 | 1000 | 0 | 0 | 0 | 168 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9091 |
| Health Insurance | 9750 | 0 | 0 | 0 | 3250 | 0 | 0 | 0 | 3250 | 0 | 0 | 0 | 3250 | 0 | 0 | 0 |
| Fuel | 49,053 | 0 | 7,427 | 0 | 7,126 | 0 | 6,900 | 0 | 6,900 | 0 | 6,900 | 0 | 6,900 | 0 | 6,900 | 0 |
| Parts Supplies/Maintenance | 67238 | 2570 | 5760 | 10908 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 |
| Utilities | 5703 | 897 | 0 | 0 | 705 | 897 | 0 | 0 | 705 | 897 | 0 | 0 | 705 | 897 | 0 | 0 |
| Advertising/Website | 12,096 | 0 | 3,024 | 0 | 0 | 0 | 3,024 | 0 | 0 | 0 | 3,024 | 0 | 0 | 0 | 3,024 | 0 |
| Dues/Subscriptions | 6723 | 500 | 1254 | 469 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 |
| Shop Rent | 20,000 | 5,000 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 5000 | 0 | 0 |
| Registrations/Tabs | 12,993 | 152 | 0 | 25 | 12816 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Farmers & Merchants State Bank | 8,522.85 | | | | | | 2840.95 | | | | | 2840.95 | | | 2840.95 | |
| Rowan Advance (Escrow) | 9,033.33 | | | | | | 3011.11 | | | | | 3011.11 | | | 3011.11 | |
| MEGED Funding Group (Escrow) | 7,104.60 | | | | | | 2368.2 | | | | | 2368.2 | | | 2368.2 | |
| Professional Fees (Escrowed) | 27,500.00 | | | | | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 |
| IRA Retirement Contributions (3%) | 8,515 | 0 | 0 | 615 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 600 | 600 | 600 | 600 | 600 |
| | | | | | | | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | 837,794 | 38,655 | 53,965 | 65,144 | 64,772 | 50,140 | 61,519 | 54,522 | 54,230 | 49,972 | 61,519 | 54,422 | 54,130 | 49,872 | 61,419 | 63,513 |
| | | | | | | | | | | | | | | | | |
| ***WEEKLY NET CASH FLOW*** | *316,118* | *2,564* | *118,139* | *-21,377* | *62,051* | *19,860* | *8,481* | *15,478* | *15,770* | *20,028* | *8,481* | *15,578* | *15,870* | *20,128* | *8,581* | *6,487* |
| ***Accumulating Cash Balance*** | | | *120,703* | *99,326* | *161,377* | *181,237* | *189,718* | *205,196* | *220,966* | *240,994* | *249,475* | *265,052* | *280,922* | *301,051* | *309,631* | *316,118* |