UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re:*
Burman's Tree Services, LLC

Debtor.

_____/

Case No. 26-41101-lsg
Hon.   Lisa S. Gretchko
Chapter 11, Subchapter V

**STIPULATED ORDER EXTENDING INTERIM ORDER AUTHORIZING
DEBTOR TO USE CASH COLLATERAL AND
GRANTING ADEQUATE PROTECTION**

This matter came before the Court on April 10, 2026 for the final hearing ("Final Hearing") on the Debtor's First Day Motion for Entry of an Order Authorizing Debtor to Use Cash Collateral and Granting Adequate Protection ("Motion"; ECF No. 58).   Counsel for the Debtor, the Subchapter V Trustee, counsel for the United States Trustee, and counsel for Meged Funding Group ("Meged") appeared at the Final Hearing.

Required parties were served with the March 5, 2026 Interim Order Authorizing Debtor to Use Cash Collateral, Granting Adequate Protection, and Scheduling Final Hearing ("Interim Order"; ECF No. 71).   No objection to the Interim Order was timely filed, or raised at the Final Hearing.

On April 13, 2026, a stipulation ("Stipulation"; ECF No. 84) among the Debtor, the Subchapter V Trustee, the United States Trustee, Meged, and Farmers & Merchants State Bank ("Lender") was filed consenting to the terms of this Order.

Based upon the Court's review of the Motion, the revised budget filed on March 2, 2026 ("Revised Budget"; ECF No. 65), the Stipulation and other pertinent pleadings, and all matters brought to the Court's attention at the Final Hearing, and after due deliberation and consideration, the Court finds that granting the Debtor's request for continued interim relief as set forth below in this Order is necessary to avoid immediate and irreparable harm to the Debtor and the Estate pending the entry of a final order authorizing Debtor to use cash collateral and granting adequate protection.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor is authorized to use cash collateral on a continued interim basis until May 15, 2026 on the same terms and conditions as set forth in the Interim Order (ECF No. 71), and the Revised Budget (ECF No. 65), with a ten percent variance, to pay expenses in connection with maintaining operations of the Debtor.

**Signed on April 13, 2026**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**