**Post Petition**

| Month | Revenue | Payroll | Advertising | Fuel | Insurance | Rent | Repairs | Cost of Sales | Other Expenses | Escrow Account | Total Expenses | Net Income | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb 2026 | $367,722.95 | $133,488.36 | $4,187.00 | $13,638.60 | $11,147.32 | $6,400.00 | $10,740.24 | $20,911.11 | $59,088.54 | $0.00 | $259,601.17 | $108,121.78 | *$86,538.16* |
| Mar 2026 | $305,950.61 | $184,463.24 | $5,263.76 | $20,272.13 | $11,389.03 | $6,335.75 | $30,621.44 | $61,466.03 | $39,594.66 | $15,379.31 | $374,785.35 | -$68,834.74 | *$39,287.04* |
| Apr 2026 | $338,914.60 | $196,189.35 | $5,500.00 | $20,000.00 | $18,173.03 | $6,070.26 | $5,657.10 | $33,629.74 | $33,300.71 | $12,879.31 | $331,399.50 | $7,515.10 | *$46,802.14* |

**Projections**

| Month | Revenue | Payroll | Advertising | Fuel | Insurance | Rent | Repairs | Cost of Sales | Other Expenses | Plan Payments | Total Expenses | Net Income | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May 2026 | *$357,982.00* | *$142,708.86* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $30,000.00 | $50,000.00 | $12,879.31 | $292,988.17 | $64,993.83 | *$111,795.97* |
| Jun 2026 | *$333,157.26* | *$122,637.90* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $20,000.00 | $50,000.00 | $173,547.40 | $423,585.30 | -$90,428.04 | *$21,367.93* |
| Jul 2026 | *$429,555.02* | *$114,225.62* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $20,000.00 | $50,000.00 | $49,157.07 | $290,782.69 | $138,772.33 | *$160,140.26* |
| Aug 2026 | *$295,599.37* | *$139,009.38* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $15,000.00 | $35,000.00 | $49,157.07 | $295,566.45 | $32.92 | *$160,173.18* |
| Sep 2026 | *$227,109.74* | *$117,219.27* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $15,000.00 | $35,000.00 | $49,157.07 | $273,776.34 | -$46,666.60 | *$113,506.58* |
| Oct 2026 | *$250,088.51* | *$144,767.90* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $15,000.00 | $35,000.00 | $49,157.07 | $301,324.97 | -$51,236.46 | *$62,270.12* |
| Nov 2026 | *$259,842.70* | *$113,234.17* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $15,000.00 | $35,000.00 | $49,157.07 | $269,791.24 | -$9,948.54 | *$52,321.58* |
| Dec 2026 | *$370,928.27* | *$123,637.68* | $5,000.00 | $20,000.00 | $16,000.00 | $6,400.00 | $10,000.00 | $15,000.00 | $35,000.00 | $49,157.07 | $280,194.75 | $90,733.52 | *$143,055.10* |

**Projections**

| Year | Revenue | Payroll | Advertising | Fuel | Insurance | Rent | Repairs | Cost of Sales | Other Expenses | Plan Payments | Lease | Total Expenses | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2027 | $4,103,099.30 | $1,577,529.18 | $56,599.28 | $255,428.83 | $194,076.86 | $78,654.96 | $77,969.48 | $336,065.65 | $470,693.43 | $589,884.84 | $64,892.52 | $3,701,795.03 | $401,304.27 |
| 2028 | $4,431,347.24 | $1,627,529.18 | $58,297.25 | $268,200.27 | $203,780.70 | $78,654.96 | $81,867.96 | $352,868.93 | $484,814.23 | $589,884.84 | $64,892.52 | $3,810,790.84 | $620,556.40 |
| 2029 | $4,785,855.02 | $1,672,529.18 | $60,046.15 | $281,610.29 | $213,969.73 | $78,654.96 | $85,961.36 | $370,512.38 | $499,358.66 | $589,884.84 | $64,892.52 | $3,917,420.07 | $868,434.95 |
| 2030 | $5,168,723.42 | $1,717,529.18 | $61,847.53 | $295,690.80 | $224,668.22 | $78,654.96 | $90,259.42 | $389,037.99 | $514,399.42 | $589,884.84 | $64,892.52 | $4,026,864.88 | $1,141,858.54 |
| 2031 | $5,323,785.12 | $1,769,055.05 | $63,702.95 | $304,561.52 | $231,408.26 | $78,654.96 | $92,967.20 | $400,709.13 | $529,829.60 | $589,884.84 | $64,892.52 | $4,125,666.03 | $1,198,119.09 |