# Profit and Loss

## Burman's Tree Services LLC
January 1-December 31, 2023

| | TOTAL |
|---|---|
| **Income** | |
| (None) | 20,475.00 |
| 300 300 Service | 2,155,248.96 |
| 302 302 Services - Contract | 256,327.75 |
| 305 305 Refunds | -1,600.00 |
| Discounts given | -377.50 |
| Interest Income | 517.06 |
| Sales of Product Income | |
| 311 311 Gains on Sale Assets | $12,817.18 |
| 311.1 1231 Gain/Loss | -798.00 |
| **Total for 311 311 Gains on Sale Assets** | **$12,019.18** |
| **Total for Sales of Product Income** | **$12,019.18** |
| Services | 5,295.00 |
| Unapplied Cash Payment Income | -17,002.00 |
| **Total for Income** | **$2,430,903.45** |
| **Gross Profit** | **$2,430,903.45** |
| **Expenses** | |
| 502 Advertising | 71,956.46 |
| 515 Office Supplies | $15,108.89 |
| 515.1 Postage | 48.42 |
| **Total for 515 Office Supplies** | **$15,157.31** |
| 600 Bid Deposit | 6,674.19 |
| General business expenses | |
| 503 Bank Fees | 800.30 |
| 538 Continuing education | 21,727.00 |
| 550 Stax Expense | 24,318.13 |
| **Total for General business expenses** | **$46,845.43** |
| Land Rent | 0.00 |
| Legal & accounting services | $18,054.98 |
| 526 Accounting fees | 12,295.00 |
| **Total for Legal & accounting services** | **$30,349.98** |
| Office expenses | $22,136.80 |
| 509 Office supplies | 0.00 |
| 611 SBA Fee | 0.00 |
| Trash | 403.96 |
| **Total for Office expenses** | **$22,540.76** |
| Payroll expenses | |
| 500 Wages | 0.00 |
| 500.0 Office Wages | 83,902.44 |
| 500.1 Bonuses | 0.00 |
| 500.2 Crew Wages | 710,474.50 |
| 500.3 Adam Wages | 86,000.00 |
| 512 Workers Comp Insurance | 33,023.36 |
| 513.1 Health Insurance | 5,220.84 |

Accrual Basis  Wednesday, April 29, 2026 08:41 PM GMTZ

# Profit and Loss

## Burman's Tree Services LLC

January 1-December 31, 2023

| | TOTAL |
|---|---|
| 520 Drug Testing | 594.00 |
| Life Insurance | 450.62 |
| Taxes | 71,813.47 |
| Wages | 0.00 |
| **Total for Payroll expenses** | **$991,479.23** |
| QuickBooks Fees | 0.00 |
| QuickBooks Payments Fees | 155.76 |
| Taxes paid | 0.00 |
| Uncategorized Expense | 0.00 |
| Utilities | $2,089.82 |
| 534 Phone service | 10,309.47 |
| **Total for Utilities** | **$12,399.29** |
| **Total for Expenses** | **$1,197,558.41** |
| **Net Operating Income** | **$1,233,345.04** |
| Other Expenses | |
| 504 Equipment Rental | 30,826.27 |
| 505 Timber Buys | 3,300.00 |
| 506 Part Supplies (-1000) | 90,222.76 |
| 507 Part Supplies (+1000) | 151,380.43 |
| 508 Subcontractors | 87,493.09 |
| 510 Equipment Fuel | 138,130.72 |
| 511 Truck Fuel | 6,454.70 |
| 512 General Insurance | 63,055.05 |
| 514 Miscellaneous | 2,163.94 |
| 518 Registrations & Plates | 6,485.00 |
| 520 Travel | 11,303.83 |
| 522 Donations | 0.00 |
| 524 Equipment Repairs | 9,473.02 |
| 529 Licenses | 725.00 |
| 530 Interest Expense | 42,131.15 |
| 532 Depreciation Expense | 182,590.00 |
| 533 Amortization Expense | 9,667.00 |
| 540 Heavy Highway Tax | 1,029.98 |
| 542 Shop Rent | 30,824.97 |
| 604 License Plates | 18,168.00 |
| 606 Kenworth Crane | 64,892.52 |
| 607 Sennebogen Lease | 133,485.57 |
| 608 Bandit Chipper Lease | 5,936.00 |
| 610 Retention Fee | 499.00 |
| 620 Meals - Employee Meals (Lunch) | 1,260.51 |
| 625 Dues/Subscriptions | 28,282.70 |
| **Total for Other Expenses** | **$1,119,781.21** |
| **Net Other Income** | **-$1,119,781.21** |
| **Net Income** | **$113,563.83** |

Accrual Basis  Wednesday, April 29, 2026 08:41 PM GMTZ

# Profit and Loss

## Burman's Tree Services LLC
January 1-December 31, 2024

| | TOTAL |
|---|---:|
| Income | |
| 300 300 Service | 2,701,849.25 |
| Interest Income | 24.73 |
| Sales of Product Income | |
| 311 311 Gains on Sale Assets | -24,880.64 |
| **Total for Sales of Product Income** | **-$24,880.64** |
| Uncategorized Income | 0.00 |
| **Total for Income** | **$2,676,993.34** |
| **Gross Profit** | **$2,676,993.34** |
| Expenses | |
| 502 Advertising | 39,760.19 |
| 515 Office Supplies | $4,604.02 |
| 515.1 Postage | 2,696.00 |
| **Total for 515 Office Supplies** | **$7,300.02** |
| General business expenses | |
| 503 Bank Fees | 17,608.07 |
| 538 Continuing education | 2,800.02 |
| 550 Stax Expense | 3,122.16 |
| **Total for General business expenses** | **$23,530.25** |
| Legal & accounting services | $4,770.50 |
| 526 Accounting fees | 3,475.00 |
| 527 Legal fees | 191.44 |
| **Total for Legal & accounting services** | **$8,436.94** |
| Office expenses | |
| 509 Office supplies | 0.00 |
| **Total for Office expenses** | **$0.00** |
| Payroll expenses | |
| 500 Wages | 0.00 |
| 500.0 Office Wages | 213,638.25 |
| 500.2 Crew Wages | 890,153.60 |
| 500.3 Adam Wages | 117,013.88 |
| 512 Workers Comp Insurance | 41,928.11 |
| 513.1 Health Insurance | 7,418.64 |
| 520 Drug Testing | 272.00 |
| Life Insurance | 315.26 |
| Taxes | 99,338.24 |
| Wages | 0.00 |
| **Total for Payroll expenses** | **$1,370,077.98** |
| QuickBooks Payments Fees | 52.70 |
| Referrals | 1,842.40 |
| Taxes paid | $0.00 |
| 501 Payroll taxes | 0.00 |
| **Total for Taxes paid** | **$0.00** |
| Uncategorized Expense | 0.00 |

**Accrual Basis  Wednesday, April 29, 2026 08:40 PM GMTZ**

# Profit and Loss

## Burman's Tree Services LLC

January 1-December 31, 2024

|  | TOTAL |
|---|---|
| Utilities | $2,510.91 |
| 534 Phone service | 12,212.72 |
| **Total for Utilities** | **$14,723.63** |
| Warranty/Damage Repair | 4,243.50 |
| **Total for Expenses** | **$1,469,967.61** |
| **Net Operating Income** | **$1,207,025.73** |
| Other Expenses | |
| 504 Equipment Rental | 59,393.92 |
| 505 Timber Buys | 48,484.50 |
| 506 Part Supplies (-1000) | 53,421.71 |
| 507 Part Supplies (+1000) | 79,763.06 |
| 508 Subcontractors | 47,949.61 |
| 510 Equipment Fuel | 105,650.83 |
| 511 Truck Fuel | 11,403.77 |
| 512 General Insurance | 107,021.09 |
| 514 Miscellaneous | 4,093.89 |
| 518 Registrations & Plates | 6,241.51 |
| 520 Travel | 6,628.23 |
| 524 Equipment Repairs | 37,708.85 |
| 529 Licenses | 622.00 |
| 530 Interest Expense | 203,024.97 |
| 532 Depreciation Expense | 318,546.00 |
| 533 Amortization Expense | 9,667.00 |
| 540 Heavy Highway Tax | 1,100.00 |
| 542 Shop Rent | 23,273.51 |
| 543 Office Rent | 6,110.00 |
| 604 License Plates | 9,323.00 |
| 606 Kenworth Crane | 64,892.52 |
| 620 Meals - Employee Meals (Lunch) | 2,053.05 |
| 621 Meals - Overnight Travel | 5,565.03 |
| 625 Dues/Subscriptions | 43,806.85 |
| **Total for Other Expenses** | **$1,255,744.90** |
| **Net Other Income** | **-$1,255,744.90** |
| **Net Income** | **-$48,719.17** |

Accrual Basis  Wednesday, April 29, 2026 08:40 PM GMTZ

# Profit and Loss

## Burman's Tree Services LLC

January-December, 2025

|  | TOTAL |
|---|---|
| **Income** | |
| 300 300 Service | 3,517,729.67 |
| Interest Income | 16.64 |
| **Total for Income** | **$3,517,746.31** |
| **Gross Profit** | **$3,517,746.31** |
| **Expenses** | |
| 502 Advertising | 68,733.46 |
| 515 Office Supplies | $0.00 |
| 515.1 Postage | 55.88 |
| **Total for 515 Office Supplies** | **$55.88** |
| 550 Woodchip Dumping | 6,808.15 |
| Ask My Accountant | 29,131.60 |
| General business expenses | $2,944.51 |
| 503 Bank Fees | 10,671.72 |
| 538 Continuing education | 3,188.00 |
| 560 Memberships | 650.00 |
| Travel | 1,305.03 |
| **Total for General business expenses** | **$18,759.26** |
| Land Rent | 10,500.00 |
| Late Fees | 3,147.87 |
| Legal & accounting services | $13,565.00 |
| 526 Accounting fees | 20,645.00 |
| 527 Legal fees | 10,431.17 |
| **Total for Legal & accounting services** | **$44,641.17** |
| Office expenses | |
| 509 Office supplies | 1,769.94 |
| **Total for Office expenses** | **$1,769.94** |
| Payroll expenses | |
| 500.0 Office Wages | 101,982.58 |
| 500.2 Crew Wages | 531,685.92 |
| 500.3 Adam Wages | 52,000.00 |
| 512 Workers Comp Insurance | 56,901.89 |
| 513.1 Health Insurance | 10,133.16 |
| Company Contributions | |
| Health Insurance | 3,000.00 |
| **Total for Company Contributions** | **$3,000.00** |
| Life Insurance | 343.92 |
| Taxes | 117,173.63 |
| Wages | 752,094.02 |
| **Total for Payroll expenses** | **$1,625,315.12** |
| QuickBooks Payments Fees | 5,479.10 |
| Taxes paid | 26,703.56 |
| Uncategorized Expense | 0.00 |

Accrual Basis  Wednesday, April 29, 2026 08:39 PM GMTZ

1/2

# Profit and Loss

## Burman's Tree Services LLC
### January-December, 2025

|  | TOTAL |
|---|---|
| Utilities | $526.72 |
| 533 Recycling | 30.00 |
| 534 Phone service | 14,726.40 |
| 544 Waste Hauler | 1,446.55 |
| **Total for Utilities** | **$16,729.67** |
| Warranty/Damage Repair | 3,722.93 |
| **Total for Expenses** | **$1,861,497.71** |
| **Net Operating Income** | **$1,656,248.60** |
| Other Expenses | |
| 500 Auto Expense | $3,213.91 |
| 500.1 Car Wash | 451.92 |
| **Total for 500 Auto Expense** | **$3,665.83** |
| 504 Equipment Rental | 124,962.93 |
| 505 Timber Buys | 47,200.00 |
| 506 Part Supplies (-1000) | 69,677.10 |
| 507 Part Supplies (+1000) | 95,607.80 |
| 508 Subcontractors | 179,858.52 |
| 510 Equipment Fuel | 227,795.23 |
| 511 Truck Fuel | 3,886.25 |
| 512 General Insurance | 108,998.38 |
| 514 Miscellaneous | 9,925.54 |
| 518 Registrations & Plates | 940.87 |
| 520 Travel | 3,934.77 |
| 524 Equipment Repairs | 70,720.62 |
| 529 Licenses | 747.85 |
| 530 Interest Expense | 183,320.64 |
| 532 Depreciation Expense | 367,436.00 |
| 533 Amortization Expense | 9,666.00 |
| 542 Shop Rent | 6,689.48 |
| 543 Office Rent | 7,220.00 |
| 543.2 Pit Rent | 50,500.00 |
| 604 License Plates | 12,283.00 |
| 606 Kenworth Crane | 64,892.52 |
| 620 Meals - Employee Meals (Lunch) | 3,613.11 |
| 625 Dues/Subscriptions | 57,765.35 |
| **Total for Other Expenses** | **$1,711,307.79** |
| **Net Other Income** | **-$1,711,307.79** |
| **Net Income** | **-$55,059.19** |

**Accrual Basis  Wednesday, April 29, 2026 08:39 PM GMTZ**

2/2