UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT

*In Re:*
Burman's Tree Services, LLC

Debtor.

Case No. 26-41101-lsg
Honorable Lisa S. Gretchko
Chapter 11, Subchapter V

______________________________/

**STIPULATION DISCHARGING SUBCHAPTER V TRUSTEE**

Now come the Chapter 11 Subchapter V Trustee, Deborah L. Fish ("Subchapter V Trustee"), the Debtor, Burman's Tree Services, LLC, and hereby stipulate and agree to the entry of the attached Order Discharging the Subchapter V Trustee and Terminating the Appointment as evidenced by the signatures of thier respective counsel hereto:

October 12, 2026

/s/ Donald C. Darnell
Donald C. Darnell P55268
Attorney for Debtor
Burman's Tree Services, LLC

/s/ Deborah L. Fish
Deborah L. Fish
Ch. 11 Sub V Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT

*In Re:*
Burman's Tree Services, LLC

Debtor.

Case No. 26-41101-lsg
Honorable Lisa S. Gretchko
Chapter 11, Subchapter V

______________________________/

**ORDER DISCHARGING SUBCHAPTER V TRUSTEE**

THIS MATTER came before the Court upon the stipulation ("Stipulation"; ECF No. 134) of the Debtor and the Subchapter V Trustee for entry of this Order. On February 03, 2026, Deborah L. Fish was appointed the Subchapter V Trustee ("Notice of Appointment"; ECF No. 15). On July 17, 2026, the Court entered an order confirming the plan of Burman's Tree Services, LLC ("Order Confirming Plan"; ECF No. 112) which provides that: (i) Burman's Tree Services, LLC and the Subchapter V Trustee will file a joint proposed order discharging the Subchapter V Trustee after the Notice of Substantial Consummation is filed, and (ii) this bankruptcy case will remain open until the Subchapter V Trustee has filed his Final Report and the Court has entered an order discharging the trusteeship and terminating the Subchapter V Trustee's appointment. On August 3, 2026, Burman's Tree Services, LLC filed its Notice of Substantial Consummation ("Notice of Substantial Consummation"; ECF No. 114). The Court has reviewed the Notice of Appointment, the Order Confirming

Plan, the Notice of Substantial Consummation, the Stipulation and other pertinent documents, and is advised in the premises. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that Subchapter V Trustee Deborah Fish is discharged as the Subchapter V Trustee in this case, the appointment is terminated, and the bond is cancelled.