UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT

*In Re:*
Burman's Tree Services, LLC

Debtor.

Case No. 26-41101-lsg
Honorable Lisa S. Gretchko
Chapter 11, Subchapter V

______________________________/

# AMENDED REPORT OF SUBSTANTIAL CONSUMMATION OF THE PLAN OF REORGANIZATION

1. Burman's Tree Services, LLC (Debtor) confirmed a Plan of Reorganization on July 17, 2026 (ECF 112).

2. The Effective Date of the Debtor's Plan of Reorganization was July 31, 2026.

3. On July 31, 2026, the Debtor substantially consummated the Plan of Reorganization as it commenced distributions prescribed by the Plan of Reorganization, consisting of the full payment to Class 20 creditor Meged Funding Group, LLC. Evidence of payment to Meged is attached.

October 21, 2026

/s/ Donald C. Darnell
Donald C. Darnell P55268
3212 Alpine St.
Dexter, Michigan 48130
734-424-5200
dondarnell@darnell-law.com

[redacted]

H 0 2 0 9 4 0

U S D 5 0 0 0 0 . 0 0

[redacted]

H020940

USD50000.00

Huntington

## The Huntington National Bank Wire Transfer Request Form

**Wire Type:**

| | | | |
|---|---|---|---|
| Request Type | **In Person** | Wire Type: | **Domestic (Fed)** |
| Customer Type: | **Business** | Purpose | **Business** |
| Today's Date: | **07/31/2026 16:15:58** | Effective Date of Wire Transfer: | **07/31/2026 16:15:58** |
| Time: | **07/31/2026 16:15:58** | | |

| | | | |
|---|---|---|---|
| **Branch Information:** | | **Customer Verification and Source of Funds:** | |
| Branch Representative: | **Kara Randolph** | Debit HNB account: | [redacted] |
| Branch Phone Number: | **734-887-3607** | HNB account type: | **Business** |
| Branch: | **Southgate-BR3058** | Available Balance: | [redacted] |
| Branch Rep Email: | **kara.randolph@huntington.com** | | |
| Interoffice Mail Code: | **MI1185** | | |

| | | | |
|---|---|---|---|
| **Customer Information:** | | **Beneficiary (Recipient) Information:** | |
| Customer Account Name: | **BURMAN'S TREE SERVICES LLC** | Bank ID: | **267090594** |
| Customer Account Initiator: | **HOLLY NEIFERT** | Bank Name: | **BANKUNITED, NA** |
| Customer Physical Address: | **17045 GARVEY RD** | Bank Address: | |
| Customer City: | **CHELSEA** | Bank City: | |
| Customer State/Zip Code: | **MI 48118** | Bank Country: | |
| Customer Phone Number: | **Cell - (734) 478-6916** | Branch Name: | |
| Callback Number: | **Not Applicable** | Bank Code: | |
| Customer ID Type: | **Unexpired US Driver's License with Photo** | Final Bank: | |
| Customer ID Number: | **N163313210741** | Beneficiary Account Name: | **MEGED FUNDING GROUP** |
| ID Issuing Agency: | **MI SOS** | Beneficiary Account Address: | **108W 39TH STREET STE1006 #2171 NEW YORK NY 10018** |
| | | Beneficiary Account | **[redacted]3805** |

[redacted]

H 0 2 0 9 4 0

U S D 5 0 0 0 0 . 0 0

[redacted]

H020940

USD50000.00

| | |
|---|---|
| Number: | |
| Purpose for the wire: | **FINAL PAYMENT** |
| Special instructions from OBI: | **EFF DATE 7/31/26** |

**Transfer Amount & Fees:**

| | |
|---|---|
| Amount of wire: | **$50,000.00** |
| Wire Transfer Fee: | **$50.00** |
| Total | **$50,050.00** |

**Customer Authorization and Agreement:**

Customer Authorization and Agreement: I, the "Customer", request payment to be made to the Beneficiary ("Recipient") listed above by wire transfer. The Customer understands the deposit account listed above will be debited for the amount of the wire transfer plus any applicable fee(s) or charges assessed in connection with the transfer. In the case of an international wire transfer, the debit to the Customer's account will be reflected on the disclosure provided, and the Customer has 30 minutes after receiving the disclosure provided to cancel that wire transfer. For all other wire transfers, and after the 30 minute time period has expired for international wire transfers, Huntington can only attempt to re-call the wire transfer and such attempt to re-call may be unsuccessful. It is important therefore that the beneficiary information given by the Customer is error-free, because Huntington's execution of any wire transfer request is based on the information Customer has provided and participation of third parties. ***I, Customer, acknowledge, I can lose the entire amount of the wire transfer if I provide Huntington with the incorrect account number or incorrect institution identifier.*** Further, except as otherwise provided by applicable law, (i) if any information provided by Customer is inaccurate, Huntington will not be liable for any loss or damage caused by Huntington's use of the inaccurate information, and (ii) Huntington will not be responsible for any losses that may be caused to the Customer for any errors or delays which occur as a result of any third party's involvement in the process of the wire transfer. When the Customer signs the Wire Transfer Request Form, the security procedures involve use of identification methods that include, but may not be limited to, photo identification and signature verification by Huntington. Customer understands that the Wire Transfer request will not be accepted until such security procedures are completed. International Wire Transfer requests received after 4:30 P.M. in Columbus, Ohio and domestic wire transfer requests received after 5:00 P.M. in Columbus Ohio may be processed on the following business day based on Huntington's operational hours. Huntington has the right to reject the Customer's Wire Transfer request for any reason, and, among other reasons, will not process the Wire Transfer if there are insufficient funds in the account funding the Wire Transfer or if the Wire Transfer would violate the sanctions administered by the Office of Foreign Assets Control or other applicable law. The Customer agrees Huntington is not liable for failure to act or delay in acting on a wire transfer because of circumstances beyond Huntington's control, including but not limited to war, civil unrest, natural disaster, or government actions or restrictions. The Customer agrees to indemnify and hold harmless and defend Huntington from and against any and all actions, claims, demands, liability, loss, damages or expenses from any third party including interest, costs, and attorney's fees that may arise out of or occur in connection with any transfer pursuant to this Authorization, other than resulting from gross negligence or willful misconduct of Huntington or its employees. By signing this Wire Transfer Request Form the Customer is acknowledging that he and/or she has reviewed the form, agrees to its terms and conditions, and attests all of the information provided herein is accurate.